**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SEPIDEH SEYEDZADEH SABOUNCHI,<br><br>            Petitioner,<br><br>                    v.<br><br>DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP,<br><br>            Respondents. | Case No.  17-CV-00486 (BMC) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Sepideh

Seyedzadeh Sabounchi, by and through her undersigned attorneys, hereby voluntarily

dismisses the above-referenced action against all Respondents without prejudice.

Dated: New York, New York
            January 30, 2017

                    DAVIS POLK & WARDWELL LLP

            By:     /s/ Sharon Katz
                    Avi Gesser
                    avi.gesser@davispolk.com
                    Sharon Katz
                    Edith Beerdsen
                    450 Lexington Avenue
                    New York, NY 10017
                    edith.beerdsen@davispolk.com
                    (212) 450-4000

WEIL GOTSHAL & MANGES, LLP
Caroline H. Zalka
767 Fifth Avenue
New York, NY 10153
caroline.zalka@weil.com
(212) 310-8000

*Attorneys for Petitioner*